UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULY JUSTINE SHELBY,

                Plaintiff,

-against-

JAMES PETRUCCI, WARDEN, F.C.I. OTISVILLE; W.S. PLILER, WARDEN, F.C.I. OTISVILLE; DR. A. LINLEY, MEDICAL DIRECTOR F.C.I. OTISVILLE; HEALTH SERVICE ADMINISTRATOR MR. B. WALLS; OFFICE HANNAH, F.C.I. OTISVILLE; OFFICER Z. HURN, F.C.I. OTISVILLE; OFFICER CHRISTIANSEN, F.C.I. OTISVILLE; WARDEN WASHINGTON, M.D.C. BROOKLYN; DR. ALEX MCLEAREN, FEDERAL BUREAU OF PRISONS, DIRECTOR, WOMEN'S OFFENDER BUREAU, CHAIR, TRANSGENDER EXECUTIVE COUNCIL,

                Defendants.

23-CV-4315 (KMK)

ORDER OF SERVICE

KENNETH M. KARAS, United States District Judge:

      Plaintiff July Justine Shelby ("Plaintiff"), who is currently incarcerated at F.M.C. Carswell in Texas, brings this *pro se* action under the Court's federal question jurisdiction, alleging that Defendants violated her federally protected rights. By order dated July 12, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

      To allow Plaintiff, who is proceeding IFP, to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return forms ("USM-285 forms") for Defendants: (1) Otisville Warden

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

Petrucci; (2) Otisville Warden W.S. Pliler; (3) Otisville Medical Director Dr. A. Linley; (4) Otisville Health Services Administrator Mr. Walls; (5) Otisville Officer Hannah; (6) Otisville Officer Hurn; (7) Otisville Officer Christiansen; (8) MDC Warden Washington; and (9) Dr. Alex McLearen, Federal Bureau of Prisons, Director, Women's Offender Bureau, Chair, Transgender Executive Council.  The Clerk of Court is further instructed to: (1) mark the box on the USM-285 form labeled "Check for service on U.S.A." and (2) issue a summons and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service.  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).  Plaintiff also must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to mail an information package to Plaintiff.  The Clerk of Court is further instructed to complete the USM-285 forms with the addresses for Defendants: (1) Otisville Warden Petrucci; (2) Otisville Warden W.S. Pliler; (3) Otisville Medical Director Dr. A. Linley; (4) Otisville Health Services Administrator Mr. Walls; (5) Otisville Officer Hannah; (6) Otisville Officer Z. Hurn; (7) Otisville Officer Christiansen; (8) MDC Brooklyn Warden Washington; and (9) Dr. Alex McLearen, Federal Bureau of Prisons, Director, Women's Offender Bureau, Chair, Transgender Executive Counsel; mark the box on the USM-285 form labeled check for service on U.S.A.," issue a summons, and deliver to the Marshals Service a

copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States and all documents necessary to effect service.

SO ORDERED.

Dated: July 24, 2023
White Plains, New York

KENNETH M. KARAS
United States District Judge

3

**DEFENDANTS AND SERVICE ADDRESSES**

1. Warden James Petrucci
Otisville Correctional Facility
P.O. Box 600
Otisville, N.Y. 10963

2. Warden W.S. Pliler
Otisville Correctional Facility
P.O. Box 600
Otisville, N.Y. 10963

3. Medical Director Dr. A. Linley
Otisville Correctional Facility
P.O. Box 600
Otisville, N.Y. 10963

4. Health Services Administrator Mr. B. Walls
Otisville Correctional Facility
P.O. Box 600
Otisville, N.Y. 10963

5. Officer Hannah
Otisville Correctional Facility
P.O. Box 600
Otisville, N.Y. 10963

6. Officer Z. Hurn
Otisville Correctional Facility
P.O. Box 600
Otisville, N.Y. 10963

7. Officer Christiansen
Otisville Correctional Facility
P.O. Box 600
Otisville, N.Y. 10963

8. Warden Washington
MDC Brooklyn
P.O. Box 3290601
Brooklyn, N.Y. 11232

9. Dr. Alex McLearen, Federal Bureau of Prisons, Director, Women's Offender Bureau, Chair, Transgender Executive Counsel
400 1st Street N.W.
Washington, D.C. 20534