The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, NY 10601

    Re: Shelby v. Petrucci, et al., No. 23 Civ. 4315 (KMK)

Dear Judge Karas.                                                     March 28, 2024

    Having spoke to the clerk of the court this date, I am writing you at their suggestion regarding the non-responsive defendants in the above entitled action. On January 22, 2024 this court issued an extension of time under the Valintin order of 12/5/23 and provided the defendants an additional sixty days in which to respond. To date, three defendants have failed to respond to the original complaint or register their appearances. The defendants in question are :

Drew Elliot Hannah
MDC Brooklyn
80 29th st
Brooklyn, NY 11232

Zakkary Hurn
FCI Danbury
33 1/2 Pembroke Rd.
Danbury, CT 06811

Eric Christensen
USP Canaan
3057 Eric J. Williams Memorial Dr.
Waymart, PA 18472

    My desire is to proceed to an amicable resolution as soon as possible, but without the full cooperation of the defendants, we cannot achieve this destination. My initial instinct was to file a Rule 55 Default against them, but the clerk advises that I write you first.
    Please review the orders of the court and let me know how you wish to proceed.

Respectfully Submitted,

July Justine Shelby
Petitioner Pro se

cc:
Dana Walsh Kumar, AUSA     Nathaniel Waldman, NYLAG
86 Chambers ST.                   40 Foley Sq, Rm LL22
New York, NY 10007             New York, NY 10007

Jeffery Pittell, Atty for Plaintiff under 19 cv 2020 (VSB)
42-40 Bell Blvd, Ste 302
Bayside, NY 11361

⇔15472-028⇔
July Shelby
P.O. Box 27137
Female Medical Center
FORT Worth, TX 76127
United States

REC
SDNY PRO SE
APR -9 AM 11

RECEIVED
PRO SE OFFICE
APR -9 2024

⇔15472-028⇔
U S Dst Ct New York Southern
500 Pearl ST
Pro se Office Rm 230
NEW YORK, NY 10007
United States

NORTH TEXAS TX P&DC
DALLAS TX 750
3 APR 2024 PM 6 L

FOREVER USA

10007-133099