**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 12, 2024

**By ECF**

The Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *Shelby v. Petrucci, et al.*, No. 23 Civ. 4315 (KMK)

Dear Judge Karas:

    In the above-referenced action, *pro se* plaintiff July Justine Shelby ("Plaintiff") brought claims under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against nine individual defendants. This Office represents six of those defendants: Alix McLearen, J.C. Petrucci, William Pliler, Milton Washington, Alphonso Linley, and Bryan Walls. Defendants Drew Hanna, Erik Christensen, and Zakkary Hurn have retained private counsel. I write on behalf of all Defendants.

    Last week, I received a letter from Plaintiff, dated May 22, 2024, regarding several issues. In the letter, Plaintiff wrote that she intended to amend the complaint if the parties were not able resolve the case. This letter is dated prior to the Defendants' May 24, 2024, pre-motion conference letters regarding their anticipated motions to dismiss (ECF Nos. 52, 53), and the Court's June 3, 2024 Order setting forth a briefing schedule for those motions (ECF No. 54). In light of Plaintiff's indication that she wishes to file a third amended complaint, Defendants respectfully request that the Court (1) set a deadline by which Plaintiff would need to amend and, as a result, (2) alter the current schedule set for Defendants' anticipated motions to dismiss. Defendants respectfully suggest that the Court set the following schedule:

- Deadline for Plaintiff to mail any amended complaint to the Court's pro se office[1]: **July 12, 2024**
- Deadline for Defendants' Motions to Dismiss: **August 12, 2024**
- Deadline for Plaintiff's Opposition: **September 9, 2024**
- Deadline for Defendants' Replies: **October 4, 2024**

    Due to Plaintiff's incarcerated status, we have not sought her consent prior to making this request. We thank the Court for its consideration of this request.

---

[1] Defendants do not object to Plaintiff amending the Second Amended Complaint at this time and intend to move to dismiss any amended complaint.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: /s/ *Dana Walsh Kumar*
Dana Walsh Kumar
Assistant United States Attorney
Tel.: (212) 637-2741
Dana.Walsh.Kumar@usdoj.gov

cc: By Certified Mail
July Justine Shelby
#15472-028
FMC Carswell
Federal Medical Center
P.O. Box 27137
Fort Worth, TX 76127
*Pro Se Plaintiff*

By ECF
Silvia Serpe, Esq.
*Counsel for Drew Hanna*

Elizabeth Wolstein, Esq.
*Counsel for Zakkary Hurn*

Bertrand Madsen, Esq.
*Counsel for Erik Christensen*

This schedule is reasonable and is adopted.

So Ordered.
[signature] KMK
6/13/24

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff