## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JULY JUSTINE SHELBY,

          Plaintiffs,

     v.

WARDEN J.C. PETRUCCI, WARDEN
W.S. PLILER, DR. ALPHONSE LINLEY,
HSA B. WALLS, DREW ELLIOTT
HANNAH, ZAKKARY HURN, ERIC
CHRISTIANSEN, WARADEN
WASHINGTON, MDC BROOKLYN, DR.
ALIX MCLEAREN, Federal Bureau of
Prisons, Director, Women's Offender
Bureau, Chair, Transgender Executive
Counsil,

          Defendants.

Case No. 23 Civ. 4315 (KMK)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for their respective parties in the above-captioned matter as follows:

1.    The parties, through the undersigned counsel, hereby stipulate to the dismissal of the above-captioned civil action with prejudice, without costs or fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(2).

2.    Plaintiff and the United States of America, which is not a party to this action, through the undersigned counsel for Plaintiff and the United States, hereby stipulate that nothing in this Stipulation of Dismissal alters or limits any claim or claims relating to the facts or allegations set forth in the Second Amended Complaint (ECF No. 41) that Plaintiff may bring against the United States pursuant to the Federal Tort Claims Act ("FTCA").  Plaintiff and the

United States further stipulate that the United States does not waive any defenses it may assert in response to any claim brought by Plaintiff pursuant to the FTCA.

3.    This Stipulation may be signed in counterparts (including, without limitation, by electronic signature and by PDF), each of which will be deemed an original and all of which will be taken together and deemed one instrument.

Dated: September 10, 2024
    New York, New York

    DAMIAN WILLIAMS
    United States Attorney
    *Attorney for Defendants Alix*
    *McLearen, J.C. Petrucci, William*
    *Pliler, Milton Washington, Alphonso*
    *Linley, and Bryan Walls and for the*
    *United States of America*

By:    Dana Walsh Kumar
    Dana Walsh Kumar
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    dana.walsh.kumar@usdoj.gov

Dated: September 10, 2024
    New York, New York

    SERPE LLC
    *Attorney for Defendant Drew*
    *Hanna*

By:    Silvia Serpe
    Silvia Serpe
    16 Madison Square West
    New York, NY 10010
    sserpe@serpellc.com

Dated: September 10, 2024
    Ridgewood, New York

    COHEN GREEN PLLC
    *Attorney for Plaintiff*

By:    J. Remy Green
    J. Remy Green
    1639 Centre Street, Suite 216
    Ridgewood, NY 11385
    remy@femmelaw.com

Dated: September 10, 2024
    New York, New York

    SCHLAM STONE & DOLAN LLP
    *Attorney for Defendant Zakkary Hurn*

By:    _____
    Elizabeth Wolstein
    26 Broadway
    New York, NY 10004
    ewolstein@schlamstone.com

Dated: September 10, 2024
New York, New York

MADSEN LAW P.A.
*Attorney for Defendant Erik
Christensen*

By:

Bertrand Madsen
1002B S. Church Avenue
No. 320371
Tampa, FL 33629
bmadsen@madsenlawpa.com

SO ORDERED.

_____

KENNETH M. KARAS
United States District Judge

United States further stipulate that the United States does not waive any defenses it may assert in response to any claim brought by Plaintiff pursuant to the FTCA.

3.    This Stipulation may be signed in counterparts (including, without limitation, by electronic signature and by PDF), each of which will be deemed an original and all of which will be taken together and deemed one instrument.

Dated: September 10, 2024
       New York, New York

DAMIAN WILLIAMS
United States Attorney
*Attorney for Defendants Alix
McLearen, J.C. Petrucci, William
Pliler, Milton Washington, Alphonso
Linley, and Bryan Walls and for the
United States of America*

By:  Dana Walsh Kumar
     Dana Walsh Kumar
     Assistant United States Attorney
     86 Chambers Street, Third Floor
     New York, New York 10007
     dana.walsh.kumar@usdoj.gov

Dated: September 10, 2024
       Ridgewood, New York

COHEN GREEN PLLC
*Attorney for Plaintiff*

By:  _____
     J. Remy Green
     1639 Centre Street, Suite 216
     Ridgewood, NY 11385
     remy@femmelaw.com

Dated: September 10, 2024
       New York, New York

SERPE LLC
*Attorney for Defendant Drew
Hanna*

By:  _____
     Silvia Serpe
     16 Madison Square West
     New York, NY 10010
     sserpe@serpellc.com

Dated: September 10, 2024
       New York, New York

SCHLAM STONE & DOLAN LLP
*Attorney for Defendant Zakkary Hurn*

By:  Elizabeth Wolstein
     Elizabeth Wolstein
     26 Broadway
     New York, NY 10004
     ewolstein@schlamstone.com

- 2 -