UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULY JUSTINE SHELBY,

    Plaintiffs,

v.

WARDEN J.C. PETRUCCI, WARDEN W.S. PLILER, DR. ALPHONSE LINLEY, HSA B. WALLS, DREW ELLIOTT HANNAH, ZAKKARY HURN, ERIC CHRISTIANSEN, WARADEN WASHINGTON, MDC BROOKLYN, DR. ALIX MCLEAREN, Federal Bureau of Prisons, Director, Women's Offender Bureau, Chair, Transgender Executive Counsil,

    Defendants.

Case No. 23 Civ. 4315 (KMK)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for their respective parties in the above-captioned matter as follows:

1.     The parties, through the undersigned counsel, hereby stipulate to the dismissal of the above-captioned civil action with prejudice, without costs or fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(2).

2.     Plaintiff and the United States of America, which is not a party to this action, through the undersigned counsel for Plaintiff and the United States, hereby stipulate that nothing in this Stipulation of Dismissal alters or limits any claim or claims relating to the facts or allegations set forth in the Second Amended Complaint (ECF No. 41) that Plaintiff may bring against the United States pursuant to the Federal Tort Claims Act ("FTCA"). Plaintiff and the

United States further stipulate that the United States does not waive any defenses it may assert in response to any claim brought by Plaintiff pursuant to the FTCA.

3.   This Stipulation may be signed in counterparts (including, without limitation, by electronic signature and by PDF), each of which will be deemed an original and all of which will be taken together and deemed one instrument.

Dated: September 10, 2024
New York, New York

    DAMIAN WILLIAMS
    United States Attorney
    *Attorney for Defendants Alix McLearen, J.C. Petrucci, William Pliler, Milton Washington, Alphonso Linley, and Bryan Walls and for the United States of America*

By: *[signature]*
    Dana Walsh Kumar
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    dana.walsh.kumar@usdoj.gov

Dated: September 10, 2024
Ridgewood, New York

    COHEN GREEN PLLC
    *Attorney for Plaintiff*

By: *[signature]*
    J. Remy Green
    1639 Centre Street, Suite 216
    Ridgewood, NY 11385
    remy@femmelaw.com

Dated: September 10, 2024
New York, New York

    SERPE LLC
    *Attorney for Defendant Drew Hanna*

By: *[signature]*
    Silvia Serpe
    16 Madison Square West
    New York, NY 10010
    sserpe@serpellc.com

Dated: September 10, 2024
New York, New York

    SCHLAM STONE & DOLAN LLP
    *Attorney for Defendant Zakkary Hurn*

By:
    Elizabeth Wolstein
    26 Broadway
    New York, NY 10004
    ewolstein@schlamstone.com

Dated: September 10, 2024
New York, New York

MADSEN LAW P.A.
*Attorney for Defendant Erik Christensen*

By: /s/ Bertrand Madsen
Bertrand Madsen
1002B S. Church Avenue
No. 320371
Tampa, FL 33629
bmadsen@madsenlawpa.com

SO ORDERED.

/s/ Kenneth M. Karas
KENNETH M. KARAS
United States District Judge
9/13/2024

United States further stipulate that the United States does not waive any defenses it may assert in response to any claim brought by Plaintiff pursuant to the FTCA.

3. This Stipulation may be signed in counterparts (including, without limitation, by electronic signature and by PDF), each of which will be deemed an original and all of which will be taken together and deemed one instrument.

Dated: September 10, 2024
New York, New York

DAMIAN WILLIAMS
United States Attorney
*Attorney for Defendants Alix McLearen, J.C. Petrucci, William Pliler, Milton Washington, Alphonso Linley, and Bryan Walls and for the United States of America*

By: *[signature]*
Dana Walsh Kumar
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
dana.walsh.kumar@usdoj.gov

Dated: September 10, 2024
New York, New York

SERPE LLC
*Attorney for Defendant Drew Hanna*

By: _____
Silvia Serpe
16 Madison Square West
New York, NY 10010
sserpe@serpellc.com

Dated: September 10, 2024
Ridgewood, New York

COHEN GREEN PLLC
*Attorney for Plaintiff*

By: _____
J. Remy Green
1639 Centre Street, Suite 216
Ridgewood, NY 11385
remy@femmelaw.com

Dated: September 10, 2024
New York, New York

SCHLAM STONE & DOLAN LLP
*Attorney for Defendant Zakkary Hurn*

By: *[signature]*
Elizabeth Wolstein
26 Broadway
New York, NY 10004
ewolstein@schlamstone.com